IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO; JASON SODANO,

    Plaintiffs,

No. 2:12-cv-00369 KJM KJN PS

v.

CHASE BANK USA, NA; CHASE BANK CARD SERVICES,

    Defendants.

ORDER
_____/

    Presently before the court is plaintiff Tiffany Sodano's ex parte request for a 30-day extension of time in which to file a further amended complaint in this case (Dkt. No. 21).[1] The undersigned denies Ms. Sodano's ex parte as prematurely filed.

    On May 1, 2012, the undersigned filed findings and recommendations in this case that, among other things, recommended the dismissal of plaintiffs' Amended Complaint with leave to amend. (See Findings & Recommendations at 16-17, Dkt. No. 18.) Plaintiffs' deadline to further amend their Amended Complaint will be set by a separate order and will run from the date that the district judge assigned to this case resolves the undersigned's recommendations. No party objected to the findings and recommendations, and the district judge has not yet adopted or

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

rejected the undersigned's pending recommendations. Because the time within which plaintiffs must file a further amended complaint has not yet begun to run, Ms. Sodano's ex parte request is premature. Accordingly, the undersigned denies Ms. Sodano's request as prematurely filed.

For the reasons stated above, IT IS HEREBY ORDERED that plaintiff Tiffany Sodano's ex parte request for a 30-day extension of time in which to file a further amended complaint (Dkt. No. 21) is denied without prejudice.

IT IS SO ORDERED.

DATED: May 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE