1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIFFANY SODANO, et al.,

11          Plaintiffs,              No. 2:12-cv-00369 KJM KJN PS

12      v.

13   WASHINGTON MUTUAL
     BANK F.A.; et al.
14
            Defendants.          ORDER
15   _____/

16          Plaintiffs Tiffany and Jason Sodano ("plaintiffs") are proceeding without counsel

17   in this action.[1]  This matter came on for a Status (Pretrial Scheduling) Conference before the

18   undersigned on November 15, 2012.  Plaintiff Tiffany Sodano appeared on her own behalf.

19   Plaintiff Jason Sodano did not appear.  Attorney Wendy Krog appeared on behalf of defendants.

20          Plaintiffs did not file a written status report prior to this Status (Pretrial

21   Scheduling) Conference.  Plaintiffs were required to file a status report "not later than seven days

22   prior to" the Status Conference.  (See Order Setting Status Conference, Dkt. No. 2 ¶¶ 5-6.)

23   Similarly, plaintiffs have not timely complied with Judge Mueller's order requiring them to file

24   an amended pleading by October 25, 2012.  (Order, Dkt. No. 28 at 2.)

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1       During the status conference, Ms. Sodano stated that plaintiffs wish to dismiss this case without prejudice. Because Mr. Sodano was not present at the status conference, however, the undersigned directed defendants' counsel to review the requirements of Federal Rule of Civil Procedure 41, to prepare a notice of dismissal for both plaintiffs to sign, and to file the dismissal without prejudice. Because no defendant has yet served an answer or motion for summary judgment in this case, the voluntary dismissal will be governed by Federal Rule 41(a)(1)(A)(i), and the dismissal will be effective upon filing and does not require a court order approving it. The notice of voluntary dismissal shall be filed within 14 days after the entry of this order.

      IT IS SO ORDERED.

DATED: November 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2