IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO, et al.,

     Plaintiffs,                        No. 2:12-cv-00369 KJM KJN PS

     v.

WASHINGTON MUTUAL
BANK F.A.; et al.

     Defendants.                ORDER TO SHOW CAUSE
_____/

       On November 16, 2012, the undersigned ordered counsel for defendants to prepare a notice of dismissal of this action without prejudice for both plaintiffs to sign, and to file the dismissal documents within 14 days.[1] (Order, Dkt. No. 31.) To date, no such dismissal has been filed.

       Accordingly, on or before January 10, 2013, defendants shall show cause in writing why they should not be sanctioned for failing to timely comply with the undersigned's order at Docket Number 31, or, alternatively, defendants shall file the dismissal document.

////

---

[1] Plaintiffs Tiffany and Jason Sodano ("plaintiffs") are proceeding without counsel in this action. This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

A failure to timely comply with this Order to Show Cause may result in additional sanctions.

IT IS SO ORDERED.

DATED: December 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2