IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO, et al.,

      Plaintiffs,                                  No. 2:12-cv-00369 KJM KJN PS

     v.

WASHINGTON MUTUAL
BANK F.A.; et al.

      Defendants.                        ORDER DISCHARGING OSC
_____/

        On November 16, 2012, the undersigned ordered counsel for defendants to prepare a notice of dismissal of this action without prejudice for both plaintiffs to sign, and to file the dismissal documents within 14 days.[1]  (Order, Dkt. No. 31.)

        On December 28, 2012, the undersigned ordered defendants to show cause in writing why they should not be sanctioned for failing to timely comply with the undersigned's order at Docket Number 31.  That same day, counsel for defendants filed a declaration addressing the Order to Show Cause.  (Declaration of Wendy C. Krog, Dkt. No. 33.)

////

---

[1] Plaintiffs Tiffany and Jason Sodano ("plaintiffs") are proceeding without counsel in this action. This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

In light of Ms. Krog's representations regarding her repeated efforts to obtain plaintiffs' signatures on the dismissal document, the Order to Show Cause (Dkt. No. 32) is hereby discharged.

IT IS SO ORDERED.

DATED: January 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE