IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO, et al.,

      Plaintiffs,                        No. 2:12-cv-00369 KJM KJN PS

     v.

WASHINGTON MUTUAL
BANK F.A.; et al.

      Defendants.                   <u>ORDER</u>

/

        On November 16, 2012, the undersigned ordered counsel for defendants to prepare a notice of dismissal of this action without prejudice for both plaintiffs to sign, and to file the dismissal documents within 14 days.[1] (Order, Dkt. No. 31.)

        On December 31, 2012, counsel for defendants filed a Notice of Voluntary Dismissal without prejudice, signed by both plaintiffs. (Notice of Voluntary Dismissal, Dkt. No. 34.)

        Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing

---

[1] Plaintiffs Tiffany and Jason Sodano ("plaintiffs") are proceeding without counsel in this action. This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

party serves either an answer or a motion for summary judgment. . . ." Dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed. See, e.g., United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008).

Here, because no defendant has yet served an answer or motion for summary judgment in this case, the voluntary dismissal is governed by Federal Rule 41(a)(1)(A)(i), and the dismissal was effective upon filing and does not require a court order approving it. For clarity, however, the docket should reflect that this case has been dismissed. The Clerk of Court is directed to close this case and vacate all future dates.

IT IS SO ORDERED.

DATED: January 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE